IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GURPARTAP SINGH TOOR,

    Petitioner,

v.

JOSE MORALAS, Warden,

    Respondent.

CIVIL ACTION NO.: CV613-048

## ORDER

Petitioner, an inmate incarcerated at Johnson State Prison in Wrightsville, Georgia, submitted a petition for habeas relief pursuant to 28 U.S.C. § 2254. Petitioner neither paid the filing fee nor submitted a motion and affidavit to proceed *in forma pauperis*. On April 29, 2013, the Clerk of Court served Petitioner with a deficiency notice. Petitioner was given until May 20, 2013 to either pay the filing fee or submit a properly completed Motion to Proceed *in forma pauperis*. Petitioner was advised that his failure to respond to said deficiency notice might result in the dismissal of this case. Petitioner has failed to respond to said deficiency notice. Accordingly, the petition is **DISMISSED,** without prejudice.

**SO ORDERED**, this ___ day of ____May____, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)