FILED
U.S. DISTRICT COURT
SAVANNAH
2013 MAY 29
CLERK L. Moore
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

GURPARTAP SINGH TOOR,

    Petitioner,

v.

    CIVIL ACTION NO.: CV613-048

JOSE MORALAS, Warden,

    Respondent.

## ORDER

Petitioner, an inmate incarcerated at Johnson State Prison in Wrightsville, Georgia, submitted a petition for habeas relief pursuant to 28 U.S.C. § 2254. Petitioner neither paid the filing fee nor submitted a motion and affidavit to proceed *in forma pauperis*. On April 29, 2013, the Clerk of Court served Petitioner with a deficiency notice. Petitioner was given until May 20, 2013 to either pay the filing fee or submit a properly completed Motion to Proceed *in forma pauperis*. Petitioner was advised that his failure to respond to said deficiency notice might result in the dismissal of this case. Petitioner has failed to respond to said deficiency notice. Accordingly, the petition is **DISMISSED,** without prejudice.

**SO ORDERED**, this 24 day of May, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA