# United States District Court
## Southern District of Georgia

Gurpartap Singh Toor

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV613-48

Jose Moralas, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 29, 2013, this case is dismissed without prejudice. This action stands closed.



May 29, 2013     Scott L. Poff
*Date*     *Clerk*

*(By) Deputy Clerk*